AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**XY, LLC,**
*Plaintiff*

v.

Civil Action
No. **6:16−CV−00447−RP−JCM**

**TRANS OVA GENETICS, LC,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:   Trans Ova Genetics, LC
      c/o CT Corporation System; Trans Ova Genetics, LC
      400 E. Court Avenue
      Des Moines, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

        **Kirt S. O'Neill**
        **Akin Gump Strauss Hauer & Feld LLP**
        **300 Convent Street**
        **1600 Bank of America Plaza**
        **San Antonio, TX 78205−3701**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/JENNIFER GALINDO−BEAVER**
DEPUTY CLERK



**ISSUED ON 2016−12−07 08:17:50**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:16–CV–00447–RP–JCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                       _____
                                                                                   *Server's signature*

                                                                                   _____
                                                                                    *Printed name and title*

                                                                                    _____
                                                                                    *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____